## Charles W. Watkins, Appellee, v. Peoples Gas Regulator Company, Appellant.

### Gen. No. 22,815.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Charles W. Watkins, plaintiff, against The Peoples Gas Regulator Company, defendant, to recover under a certain contract whereby defendant agreed to pay plaintiff fifty per cent. of the gross income on all rental business that might be turned over and accepted by defendant and which was secured by plaintiff or his agents, one-half of a collection of $86.10 made by defendant on such business. From a judgment for plaintiff for $43.05, defendant appeals.

Thomas Lindskog, for appellant.

Robert J. Bieg, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

### Abstract of the Decision.

Contracts—*when contract construed to require party to turn over rental business*. A contract whereby defendant agreed to pay plaintiff fifty per cent. of the gross income of all rental business that might be turned over by plaintiff and accepted by defendant, construed to require plaintiff to turn over to defendant rental business and not to require plaintiff to collect rentals.